NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

NOV 18 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-2786 |
| Plaintiff - Appellee, | D.C. No. 2:21-cr-00197-DJC-1 |
| v. | |
| LINWOOD HOSEA GORDON, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Daniel J. Calabretta, District Court, Presiding

Submitted November 12, 2025**

Before: SCHROEDER, RAWLINSON, and NGUYEN, Circuit Judges.

Linwood Hosea Gordon appeals from the district court's judgment and challenges his jury-trial conviction and 24-month sentence for abusive sexual contact in violation of 18 U.S.C. § 2244(b).

Gordon's counsel filed a brief under *Anders v. California*, 386 U.S. 738

---

\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(1967). Gordon has not filed a pro se supplemental brief.

Our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal. However, we remand to the district court with instructions to correct the written judgment to conform to the oral pronouncement of sentence, which awarded restitution in the amount of $3,949.75. *See United States v. Allen*, 157 F.3d 661, 668 (9th Cir. 1998) (in case of a direct conflict between unambiguous oral pronouncement of sentence and written judgment, oral pronouncement controls).

Counsel's motion to withdraw is granted.

**AFFIRMED; REMANDED to correct the judgment.**